## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Juan Rene Sainz-Ortega, | Civil No. 09-543 (RHK/JJG) |
| Petitioner, | **ORDER** |
| v. | |
| United States of America, | |
| Respondent. | |

For the sole purpose of considering the untimely-filed Objection (Doc. No. 5) of Petitioner, **IT IS ORDERED**:

1. The Order (Doc. No. 4) adopting the Report and Recommendation is **VACATED**; and

2. The Judgment (Doc. No. 6) dismissing the Petition is **VACATED**.

Dated:  March 31, 2009

                                               s/Richard H. Kyle
                                               RICHARD H. KYLE
                                               United States District Judge